UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LINDLAND, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>TUSIMPLE, INC.,<br>a California corporation; and<br>DOES 1–100, inclusive,<br><br>          Defendants. | Case No.: 21-CV-417 JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION ON THE PAPERS WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 13) |

  Presently before the Court is Defendant TuSimple, Inc.'s Motion for Order for Choice of Law Determination (ECF No. 13). The Court hereby **VACATES** the September 2, 2021 hearing scheduled for this matter and takes it under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

  **IT IS SO ORDERED.**

Dated: August 26, 2021

               *Janis L. Sammartino*
               Hon. Janis L. Sammartino
               United States District Judge