UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LINDLAND,<br><br>                            Plaintiff,<br><br>v.<br><br>TUSIMPLE, INC.,<br><br>                            Defendant. | Case No.: 21cv417-JLS-MDD<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br>**[ECF No. 19]** |

    The parties jointly moved to amend the scheduling order by extending the fact discovery cutoff deadline by sixty days. (ECF No. 19). Discovery opened in this case on May 25, 2021, more than five months ago. The scheduling order issued in late May provided for all discovery, including expert discovery, to close on November 29, 2021. The joint motion suggests wrongly that this deadline was for fact discovery only. (S*ee id.*). The parties report that they have served and responded to written discovery but have a number of depositions to schedule. (*Id.*). The Court finds the parties have been diligent, but only barely. Accordingly, upon due consideration and good cause appearing, the Court **GRANTS** the joint motion and the parties will be given their requested sixty day extension of all dates. No further extensions will be granted absent extraordinary cause. **IT IS HEREBY ORDERED**:

    1.    All discovery, including expert discovery, shall be completed by all parties

by **January 31, 2022**.  Completed means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that responses thereto will be due on or before the cutoff date.  All subpoenas issued for discovery must be returnable on or before the discovery cutoff date.  <u>All disputes concerning discovery shall be brought to the attention of the Magistrate Judge no later than thirty (30) days following the date upon which the event giving rise to the dispute occurred.  The parties are required to meet and confer regarding all discovery disputes pursuant to the requirements of Local Rule 26.1(a).  The parties are to comply with the chambers rules of the Magistrate Judge in bringing discovery before the court.</u>

  2. All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **November 29, 2021**.  Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **December 29, 2021**.  Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B).  If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

  3. Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

  4. All other pretrial motions must be filed by **March 28, 2022**.  Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  The period of time between the date you request a motion date and the hearing date may vary from one district judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the district judge.

  5. A Mandatory Settlement Conference shall be conducted on **February 9, 2022** at **9:30 a.m.** via Videoconference with **Magistrate Judge Mitchell D. Dembin**.

Counsel or any party representing himself or herself shall lodge confidential settlement briefs directly to chambers by **February 2, 2022**. The Court will use its official Zoom video conferencing account to hold the Conference. On or before **February 2, 2022** counsel for each party must email to the Court at efile_Dembin@casd.uscourts.gov the name and title of each participant and an e-mail address for each participant to receive the Zoom videoconference invitation. Prior to the Conference, the Court will email each participant an invitation to join a Zoom conference. Upon joint request of the parties, the Court will convert the Mandatory Settlement Conference to a telephonic conference.

6. Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) by **June 2, 2022**.

7. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **June 2, 2022**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

8. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **June 9, 2022**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

9. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **June 16, 2022**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

10. The Proposed Final Pretrial Conference Order, including objections to any

other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **June 23, 2022**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

11.     The final Pretrial Conference is scheduled on the calendar of the **Honorable Janis L. Sammartino** on **June 30, 2022** at **1:30 p.m.**.

12.     The parties must review the chambers' rules for the assigned magistrate judge.

13.     A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

14.     The dates and times set forth herein will not be modified except for good cause shown.

15.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

16.     Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated:   November 8, 2021

_Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge