UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LINDLAND, an individual,<br><br>                                              Plaintiff,<br><br>v.<br><br>TUSIMPLE, INC.,<br>a California corporation; and<br>DOES 1–100, inclusive,<br><br>                                         Defendants. | Case No.: 21-CV-417 JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION ON THE PAPERS WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 23) |

Presently before the Court is Plaintiff John Lindland's Motion to Bifurcate (ECF No. 23). The Court hereby **VACATES** the January 6, 2022 hearing scheduled for this matter and takes it under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: December 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge